No. 63976

| | | |
|---|---|---|
| IN THE MATTER OF | : | IN THE DISTRICT COURT OF |
| THE MARRIAGE | : | |
| MONICA NICOLE TOWNSEND | : | 300TH JUDICIAL DISTRICT |
| AND | : | |
| ERIK ALLEN VASQUEZ | : | BRAZORIA COUNTY, TEXAS |

FILED at 11:05 o'clock M. JUN 26 2017 Clerk of District Court Brazoria Co. Texas BY _____ DEPUTY

## ORDER SUSTAINING CONTEST TO AFFIDAVIT OF INDIGENCE

Came on for hearing on the 26th day of June, 2017, Minnie Cadena's Contest to Monica Nicole Townsend's Affidavit of Indigence. The Court, after hearing evidence and argument, is of the opinion that the Contest should be, and hereby is sustained; and,

IT IS THEREFORE ORDERED that the Affidavit of Indigence filed by Monica Nicole Townsend is denied and considered of no further force or effect.

SIGNED this _____ day of __JUN 2 6 2017__, 2017.

_____
Judge R. Hufstetler

000332